IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JUAN MARTIN RUELAS,<br><br>Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | ORDER<br><br>Civil Case No. 2:06-CV-20 TC<br><br>Criminal Case No. 2:04-CR-285 TC |

Mr. Juan Martin Ruelas has filed a petition under 28 U.S.C. § 2255. He was indicted for reentry of a previously removed alien and ultimately plead guilty. On August 4, 2004, the court sentenced him to 34 months imprisonment and 36 months supervised release following his release. On January 6, 2006, Mr. Ruelas filed his petition.

Mr. Ruelas' § 2255 motion must be denied because it is time-barred. Under 28 U.S.C. § 2255(1), Mr. Ruelas had one year from "the date on which the judgment of conviction bec[ame] final" to file his petition. Here, Mr. Ruelas' judgment and conviction was entered on August 4, 2004. (See United States v. Juan Martin Ruelas, Case No. 2:04-CR-285, Judgment of Conviction (Dkt.# 17).) Under Federal Rule of Appellate Procedure 4(b), Mr. Ruelas had ten days from August 4, 2004 (excluding weekends and holidays), or until August 18, 2004, to appeal his conviction. He did not, however, appeal. Accordingly, his Judgment of Conviction became final on August 18, 2004, when his time for filing a notice of appeal expired. As a

1

result, the one-year time period for Mr. Ruelas' § 2255 petition began to run on August 18, 2004, and expired on August 18, 2005.

Mr. Ruelas did not file the current petition until January 6, 2006, more than four months after the expiration of the one-year time period. Accordingly, because Mr. Ruelas did not file his petition within one year of the date his judgment became final, and because he provided no reason for his failure to file his petition before August 18, 2005, his petition is barred, and must be denied.

## ORDER

For the foregoing reasons, the § 2255 Motion is DENIED.

DATED this 9th day of January, 2006.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Judge